AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| STEVEN JAMES PERKINSON | ) | 1:25-mj-503-KMB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 18, 2024___ in the county of ___Hendricks___ in the ___Southern___ District of ___Indiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 247(a)(1) and 1001 | Damage to religious property; obstruction of persons in the free exercise of religious beliefs |
| | Making false statements to a federal law enforcement officer |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_/s/ Shannon Warren_
*Complainant's signature*

Shannon Warren, SA/FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___
___telephone___ *(reliable electronic means)*

Date: ___5/28/2025___

City and state: ___Indianapolis, IN___

_Paul R. Cherry_
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Shannon N. Warren, being duly sworn upon oath, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2024.  I am currently assigned to the Violent Crimes Against Children squad of the Federal Bureau of Investigation's ("FBI's") Indianapolis Field Office.  While employed by the FBI, I have investigated federal criminal violations related to various criminal statutes.  As such, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.  During my time at the FBI Academy in Quantico, Virginia, I received training in a variety of investigative and legal matters.

2.      The facts in this affidavit come from my personal observations, my training and experience, the statements of witnesses, information supplied by other local and federal law enforcement officers, and through other investigative activity.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 247(a)(1) and 1001 have been committed by **STEVEN JAMES PERKINSON** (hereinafter **PERKINSON**).

## STATUTORY AUTHORITY

4.      As noted above, this investigation concerns alleged violations of the following:

a.      **Title 18, United States Code, Section 247(a)(1)**, which prohibits any person from intentionally defacing, damaging, or destroying any religious real property because of the religious character of that property or attempting to do so.

b.      **Title 18, United States Code, Section 1001(a)(2)**, which prohibits knowingly and willfully making any materially false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States.

## PROBABLE CAUSE

### THE VANDALISM

5.      At approximately 4:00 p.m. on November 18, 2024, an officer with the Plainfield Police Department responded to a report from a neighbor that Maple Grove Baptist Church, 11405 Maple Lane, Plainfield, Indiana 46168 had been vandalized.

6.      The sign of the church had been sprayed with red spray paint depicting imagery of a pitchfork with the numbers "666" sprayed above it. Based on my training and experience, the depiction on the sign is of the symbol of a satanic group that also promotes neo-Nazi and anti-Christian ideals called the Satanic

Front ("SF"). The cross on the sign had also been crossed out using red spray paint.

There were illegible blue spray paint markings along the wooden poles of the sign.



7.      I have reviewed the report written by the Plainfield Officer, and it

confirmed that no security cameras were present at the church and none of the

neighbors had security cameras to capture the event.  There were also no witnesses

of the church vandalism.

8.      During the course of this investigation, I have learned that the person

who vandalized the sign is **PERKINSON**, who has confessed during a voluntary

interview and in a text message to the FBI that he spray painted the sign.

**PERKINSON** confessed only after the FBI executed a search warrant on his phone.

I provide the following to present this Court with an overview of the investigative

steps taken before the confession, and the sequence of events, including

misrepresentations made by **PERKINSON** before his confession.

9.      Approximately one week after the vandalism occurred, an anonymous phone caller contacted the pastor of Maple Grove Baptist Church to inform him that there was a video on "X" (formerly known as Twitter) of a person spray painting the church sign. The pastor said that the caller's voice was low and sounded like a younger male.

10.     An FBI Confidential Human Source ("CHS"), who is cooperating with the FBI on another unrelated investigation and whose information has been credible and reliable up to this date, confirmed that there was a video of the church vandalism posted to "X" by an account with the username "Daubney666."  The user also posted a church emoji followed by a fire emoji along with the video.  The account with the username "Daubney666" has since been deleted and the video is unable to be recovered. The CHS knows firsthand that the "Daubney666" user also goes by the handle "SinisterWyrd" on various social media accounts.

11.     The CHS believed that the "SinisterWyrd" user's real name was "Stefan Van Kennedy" with the birthdate September 5, 2004.  A background check revealed no real person named "Stefan Van Kennedy" with the September 5, 2004, birthdate.  The birthdate does match **PERKINSON**'s date of birth, and the username matches a Soundcloud account under the username "SinisterWyrd" with a Satanic profile picture.  The owner of the account was listed as "Steven Perkinson."



12.    I identified a "Steven Perkinson" that lives in Plainfield, Indiana, whose residence (as listed on his driver's license) is located within one mile of the Maple Grove Baptist Church. His birthdate is listed as September 5, 2004.

**BACKGROUND ON PERKINSON**

13.    Upon identifying **PERKINSON**, I determined that **PERKINSON** is a member of groups that promote violence and target houses of worship and that denigrate other religions, including Christianity.  I also learned that **PERKINSON** had previous contact with the FBI related to potential threats of violence. Specifically, on July 6, 2023, the FBI had opened an unrelated case into **PERKINSON** based on reports about a potential school shooting threat made online.  An individual in Indiana, using an Instagram account with the username "goraphobe," messaged a user: "Now I just sit alone in my room for hours a day . . . Schools are meant for shooting up not learning . . ." The email linked to the "goraphobe" Instagram account was stevenjamesperkinson@gmail.com, and the

investigation has revealed that **PERKINSON** is the user of this account.

14.     On August 30, 2023, **PERKINSON** was interviewed by the FBI in relation to the school shooting threat made on Instagram.

15.     During the interview, **PERKINSON** showed investigators books that he had in his possession.  These books were titled: *False Prophet* (editions 4 & 5), *NAOS: A Practical Guide to Modern Magick*, *Codex Aristarchus*, *Choronzon*, *The Black Path*, and *The Black Art of Vampirism*.

16.     Based on my training and experience, I know that these books are associated with groups including the Order of the Nine Angles ("O9A"), the Satanic Front ("SF"), and Tempel ov Blood ("ToB").  These groups function primarily online and communicate through traditional text messaging and text messaging apps like Telegram, Discord, and Wire.

17.     Based on my training and experience, I understand that O9A and the SF blend traditional Satanism with neo-Nazi ideology.  These groups advocate "accelerationism," which is the belief that in order to achieve a White ethnostate, members must first cause a complete societal collapse through using violent means such as assassinations, murders, and terrorist attacks.  Members believe that the evolution of society is threated by the "Magian/Nazarene," another name for the Judeo-Christian-Islamic religion. Thus, some of the groups' main targets are churches and sacred sites, as the groups regard them as symbols of spiritual enslavement that need to be profaned and defiled.

18.     A CHS identified an online image of the user known as "Daubney666,"

whom we have identified as **PERKINSON**, holding a book called *The SF Handbook*. The image on the cover is the SF symbol and is the same symbol as the graffiti found on the church sign.

19.    Online open-source searches on social media accounts used by **PERKINSON** revealed a podcast episode on the website "Odysee," a site that features videos in a manner similar to YouTube, where users can upload videos ranging from topics like religion, education, sports, and other interests. In this episode, **PERKINSON,** who referred to himself as "Blair Tyrant" throughout the interview, confirmed his membership in satanic groups, and revealed that he recently switched his allegiance from O9A to the SF in early November 2024. **PERKINSON** began using the username "Blair Tyrant" after leaving the O9A.

20.    An account on "X" with the username "Blair Tyrant" had posted and authored books promoting the SF and its ideology.  These books are primarily sold on the online marketplace eBay.  Law enforcement sent a subpoena to eBay which revealed that a user with email addresses "sleepygoredxd@gmail.com" and "sstevenperkinson@gmail.com" made sales and purchases on his account.  I learned from online resources that the phone number (765) 558-0867 was attributed to **PERKINSON**.  The phone number is also associated with the eBay accounts with the email addresses "sstevenperkinson@gmail.com," "stevenjamesperkinson@gmail.com," and "sleepygoredxd@gmail.com."  These email addresses for these eBay accounts have either Steven Perkinson listed as the owner or has the listed address as a known residence of **PERKINSON**.

21.     One book authored by **PERKINSON** under the name "Blair Tyrant," titled *Augur of Hell*, is available for free on the website Archive.org, and for sale on the websites eBay and Lulu.com.

22.     In *Augur of Hell*, **PERKINSON** details his current position in the SF: "I now assist primarily in the networking and propaganda efforts of the Satanic Front and I'm proud to be doing so, I can confidently say that it is so far everything I was expecting it to be and more, and I, of course, aim to assist in the actual physical presence of contributing to help grow and develop SF in any way I can."

23.     **PERKINSON** confirms his adherence to the ideology of the SF denigrating other religions in *Augur of Hell*, as demonstrated through the following poem:

"Hey hindu guru! You preach none duality, so I'll grab a hammer and show you Satans brutality!

Hey bhuddist! You say there are no souls, so ill shove barbed wire in all your holes!

Hey Christian! You say that perverted pleasure is a sin, I'll find a wood chipper and throw you in!

Hey muslim! You pray to Allah on your rug, ill use my boot and squash you like a bug!

Hey jew! Hiding in a synagogue, I'll chop you into pieces and feed you to a dog!"

24.     Members of the SF, O9A, and ToB view Christianity, Judaism, and

Islam as enemies towards achieving further human evolution. Based on my training and experience, **PERKINSON's** own statements in his book *Augur of Hell*, and his posting of the video depicting the church vandalism on "X," were a deliberate message to other SF and O9A members demonstrating his credibility and devotion to the ideology, and that the church was an intentional target based on its religious affiliation.

25. FBI agents investigating the school shooting threats confirmed that **PERKINSON** has been using text messaging, as well as the mobile applications "Telegram" and "Wire," to contact known O9A and the SF members and to sell O9A and the SF books.

26. I learned from online resources that (765) 558-0867 was serviced by TracFone, a Verizon Wireless reseller. Law enforcement sent a subpoena to TracFone for subscriber information and toll records associated with the phone number, which revealed connections to O9A members and revealed **PERKINSON's** current location as being 207 East Drive, Plainfield, Indiana 46168.

**PERKINSON'S MOTIVATION FOR THE VANDALISM**

27. My investigation revealed that **PERKINSON** vandalized the church sign as an initiation into SF.

28. Members of SF, O9A, and ToB view Christianity, Judaism, and Islam as enemies towards achieving further human evolution. Based on my training and experience, **PERKINSON's** own statements from *Augur of Hell* about taking physical action and posting the video on X about the vandalism at the church were

deliberate messages to other SF/O9A members of his credibility and devotion to his ideology, and that the church was an intentional target based on their religious affiliation.

29.    On March 16, 2025, a YouTube account under the name "NBC 435" posted a YouTube video titled "Good Riddance: The Documented Exposure & Infiltration of Satanic Front – Nexion 435."

30.    Based on my training an experience, "Nexion 435," or "Noctulain Blood Covenant 435" ("NBC 435"), is a splinter group of O9A that has a significant online presence and posts O9A propaganda.

31.    A subpoena for the YouTube channel "NBC 435" revealed a Google account associated with the email address sstevenperkinson@gmail.com. PERKINSON has since acknowledged that he posted the video to YouTube.

32.    In the video, a text-to-speech voice discusses how Nexion 435 conducted a plan called "Project Artemis."  According to the YouTube video, along with Telegram messages between PERKINSON and another member of Nexion 435, Project Artemis is a plan for PERKINSON to infiltrate and subsequently expose the SF, and other satanic groups such as O9A and TOB, because they threatened his "sinister tradition," by being "too soft," and having members that are federal informants.

33.    The YouTube video confirms that PERKINSON previously utilized the account, "SinisterWyrd," which is the account the CHS reported, and I confirmed, is used by the same person that posted the video of the vandalism on X.

**PERKINSON'S DENIALS OF THE VANDALISM TO THE FBI**

34.    On March 19, 2025, I conducted a recorded interview of **PERKINSON**.

35.    During the interview, I showed **PERKINSON** images of the vandalism at Maple Grove Baptist Church.  In two previous interviews with **PERKINSON**, I had not mentioned the vandalism at the church.

36.    **PERKINSON** identified that the sign was sprayed with an SF sigil[1] and that the cross was marked out. **PERKINSON** denied that he knew where the church was located, that he was part of the SF, that he knew who Blair Tyrant was, or that he was "going around desecrating churches."

37.    **PERKINSON** also denied vandalizing the church and claimed that he did not know anything about the church being vandalized.  **PERKINSON** then suggested that someone else who lived in Indiana may have vandalized the church sign.  When my interview partner and I explained that we had evidence that connected **PERKINSON** to the vandalism, he stated "I've certainly not gone around desecrating churches or vandalizing them."

**PHYSICAL EVIDENCE**

38.    At the conclusion of the interview, my interview partner and I executed a search warrant, previously granted in the Southern District of Indiana in Case Number 1:25-mj-242-MJD, for **PERKINSON's** cell phone.

39.    When reviewing the cell phone obtained pursuant to the search warrant, I saw the following items searched using internet search sites:

---

[1] A sigil is a type of symbol used in magic.

a.    Maple Grove Baptist Church Plainfield

b.    Maple Grove Baptist Church

c.    Churches near me

d.    Church close to me

e.    Plainfield Bible Church photos

f.    Plainfield Bible Church

g.    Noctulian Blood Covenant

h.    Nexion 435

40.    The phone also contained an image of the Maple Grove Baptist church sign taken on the date of the crime.



41.    The phone contained a linked Pinterest account under the name "Blair Tyrant."

**PERKINSON'S CONFESSION**

42.    On March 22, 2025, **PERKINSON**, via the number 765-695-5125, texted me and admitted to the church vandalism.  Specifically, **PERKINSON** said, in part: "I as well wanted to apologize to you personally, you are right, I haven't been honest with you. I have been with these circles for sometime now, and as well a practicer. And I as well did vandalize that church sign."

43.    On March 24, 2025, I met with **PERKINSON** to interview him regarding to his admission of guilt via text message.  **PERKINSON** again confirmed that he was the one that vandalized the church sign during that interview.  **PERKINSON** also gave me the spray paint he had used to vandalize the church sign and stated that he had purchased the spray paint from the online retailer Amazon.  **PERKINSON** also admitted that he is the owner of the "Daubney666" account that posted the video of the vandalism to X, and that he made the YouTube video titled "Good Riddance: The Documented Exposure & Infiltration of Satanic Front – Nexion 435," that discusses Project Artemis and the vandalism.

44.    **PERKINSON's** admission to the church vandalism on March 24, 2025, was directly contrary to his denial of the church vandalism on March 19, 2025.

45.    I obtained a subpoena for **PERKINSON's** Amazon account, which confirmed that he had purchased the spray paint used to commit the church sign vandalism online.

## INTERSTATE COMMERCE AND VENUE

46.    **PERKINSON's** cell phone was used to record the church vandalism, the social media website "X" was used to promote the video of the church vandalism, and **PERKINSON** used sites like eBay and Lulu.com to sell SF propaganda.  The communications and content related to the church vandalism and **PERKINSON's** motivation for the church vandalism therefore travelled via interstate commerce.  Additionally, the spray paint used in the church vandalism was purchased on Amazon and was manufactured outside the state of Indiana.

47.    Both the vandalism of the Maple Grove Baptist Church and the interview with FBI agents on March 19, 2025, took place in the Southern District of Indiana.

## CONCLUSION

48.    For all the reasons stated above, there is probable cause to believe that **PERKINSON** made materially false statements to federal law enforcement officers in violation of Title 18, United States Code, Section 1001, and that he vandalized a church due to the religious character of the property in violation of Title 18, United States Code, Section 247(a)(1).  I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **STEVEN PERKINSON** charging him with the offenses listed above.

I declare that under the penalty of perjury that the information provided above is true and correct.

/s/ Shannon Warren
Shannon Warren

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R.

Crim. P. 4.1 by telephone.

*Paul R. Cherry*

Date: 5/28/2025                              Paul R. Cherry
                                             United States Magistrate Judge
                                             Southern District of Indiana