AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

**FILED**

**JUL 14 2025**

**U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    1:25-mj-503-KMB |
| STEVEN JAMES PERKINSON, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    STEVEN JAMES PERKINSON
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Count 1: Damage to religious property; obstruction of persons in the free exercise of religious beliefs, in violation of 18 U.S.C. § 247(a)(1)
Count 2: Making false statements to a federal law enforcement officer, in violation of 18 U.S.C. § 1001

Date:    5/28/2025

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

City and state:    Indianapolis, IN

| **Return** |
|---|
| This warrant was received on *(date)*    5/28/25 , and the person was arrested on *(date)*    7/11/25 at *(city and state)*    Muncie, Indiana . |
| Date:    7/14/25          *Shn Na* |
| *Arresting officer's signature* |
| Shannon Warren Special Agent |
| *Printed name and title* |