UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:25-mj-0503-KMB |
| | ) | |
| STEVEN JAMES PERKINSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 14, 2025**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Complaint filed on May 28, 2025.

Defendant appeared in person and by FCD counsel Sam Ansell.   Government represented by

AUSA Peter Blackett.   USPO represented by Billie Galbreath.

Financial affidavit approved.   Counsel appointed.

Charges, rights and penalties were reviewed and explained.   Defendant waived reading

of the complaint.

Government moved for pretrial detention and a hearing was scheduled.   Preliminary

and detention hearing set for **July 17, 2025, at 3:30 p.m., Room 243** before the criminal duty

magistrate judge.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both

the prosecutor and defense counsel present, confirms the government's obligation to disclose

favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its

progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight

and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a

timely manner may result in sanctions, including, but not limited to, adverse jury instructions,

dismissal of charges, and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings

before the court.

Date: 7/15/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system