UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**10/23/2025**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1:25-cr-205-JRS-MJD |
| | ) | |
| STEVEN JAMES PERKINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
Intentional Damage to Religious Property
18 U.S.C. § 247(a)(1) and (d)(5)

On or about November 18, 2024, in the Southern District of Indiana, the defendant, STEVEN JAMES PERKINSON, intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the sign belonging to the Maple Grove Baptist Church, a house of worship located in Plainfield, Indiana, because of the religious character of that property.   The offense was in and affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(5).

**COUNT 2**
False Statement or Representation Made to a
Department or Agency of the United States
18 U.S.C. § 1001(a)(2)

That on or about March 19, 2025, the defendant, STEVEN JAMES PERKINSON, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying knowledge of the Maple Grove Baptist Church vandalism and claiming

that he had not been involved in vandalizing any places of worship during a meeting with Federal Bureau of Investigation agents in Plainfield, Indiana, in the Southern District of Indiana. The statements and representations were false because, as the defendant, STEVEN JAMES PERKINSON, then and there knew, he had been the individual who had vandalized the sign belonging to the Maple Grove Baptist Church.

All in violation of Title 18, United States Code, Section 1001(a)(2).

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

HARMEET K. DHILON
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:  _Carolyn A Haney_
Carolyn A. Haney
Peter Blackett
Assistant United States Attorneys

Briana Clark
Trial Attorney

By:  _M. P. Brady_
Michelle P. Brady
Chief, Violent Crimes Unit

2