UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:25-cr-205-JRS-MJD |
| | ) | |
| STEVEN JAMES PERKINSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR NOVEMBER 7, 2025**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

Parties appear for an initial appearance on the Information filed on October 23, 2025.

Defendant appeared in person and by counsel Bill Dazey.   Government represented by AUSA

Carolyn Anne Haney.

Financial affidavit previously approved.

Charges, rights and penalties were reviewed and explained.

Defendant signed Waiver of Indictment in open court.

The case will now proceed under the Information as the operative charging instrument.

Defendant waived formal arraignment and reading of the Information on the record.

Defendant entered a plea of not guilty to the charges in the Information.

Parties were ordered to disclose evidence on or before November 21, 2025.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both

the prosecutor and defense counsel present, confirms the government's obligation to disclose

favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its

progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight

and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived his right to a detention.   [Dkt. 20]

Defendant was previously detained.   [Dkt. 20]

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 11/7/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system