UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-cr-00205-JRS-MJD |
| | ) | |
| STEVEN JAMES PERKINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana; Harmeet K. Dhillon, Assistant Attorney General, United States Department of Justice, Civil Rights Division; Carolyn A. Haney and Peter Blackett, Assistant United States Attorneys for the Southern District of Indiana; and Briana M. Clark, Trial Attorney, Civil Rights Division, Criminal Section, ("the Government"), and hereby submits the following sentencing memorandum in support of a sentence of 10 months.

### I. Introduction

On or about November 18, 2024, the defendant vandalized the sign in front of the Maple Grove Baptist Church in Plainfield, Indiana. The defendant vandalized the sign because it belonged to a Christian church and was motivated to do so because of his involvement in various Satanic groups. When FBI agents confronted the defendant about the vandalism, he initially denied that he had knowledge of or involvement in the crime. However, days after FBI agents executed a search warrant for the defendant's phone, he confessed via text message and later in an in-person interview that he had in fact been the one who vandalized the church sign. For the reasons detailed herein, the United States believes that a sentence of 10 months—the low end of

1

the guideline range[1]—is appropriate in this case.

## II.   Section 3553(a) Factors

The 3553(a) factors support a term of imprisonment of 10 months, including those highlighted below.

### a.  The Nature and Circumstances of the Offense

The charges in this case stem from the defendant's vandalism of a sign belonging to the Maple Grove Baptist Church.  Specifically, the defendant spraypainted the sign with a pitchfork and the numbers "666," also crossing out the cross depicted on the sign with an "X," as depicted in the picture below:



---

[1] The PSR calculates the total offense level as 12 and assesses Perkinson a criminal history category I.  [PSR at ¶¶ 38, 41.]  Accordingly, the applicable advisory guideline range is 10 to 16 months' imprisonment.  [*Id.* at ¶ 91.]  The Government agrees with the guideline calculation.

This imagery is the symbol of a satanic group that also promotes neo-Nazi and anti-Christian ideals called the Satanic Front ("SF").  As the defendant has admitted, he vandalized the sign because it belonged to a Christian church and was motivated to do so because of his involvement in various Satanic groups.

Agents' review of the defendant's cell phone evidences that this was not an impulsive decision made by the defendant; rather, the defendant had thoroughly researched the church. Specifically, the defendant had searched "Maple Grove Baptist Church Plainfield," "Maple Grove Baptist Church," "Churches near me," "Church close to me," "Plainfield Bible Church photos," "Plainfield Bible Church," "Noctulian Blood Covenant," and "Nexion 435."  The defendant's phone also included a photograph of the Maple Grove Baptist Church sign taken the date of the vandalism.

The defendant's vandalism of the church sign with satanic imagery potentially threatened churchgoers' fundamental right to practice their religion.  Moreover, when asked by FBI agents about the crime, he blatantly lied about his knowledge of the offense and his involvement. Desecrating a place of worship—and lying to federal agents about it—is undoubtedly serious and warrants a sentence of incarceration.

b.  **The History and Characteristics of the Defendant**

Though the defendant does not have any criminal history, this case is not the defendant's first brush with federal authorities.  The defendant was first placed on the FBI's radar in 2023 after posting the following on Instagram: "Now I just sit alone in my room for hours a day . . . Schools are meant for shooting up not learning . . ."  When interviewed in relation to that investigation, the defendant showed the agents books that were titled *False Prophet* (editions 4 & 5), *NAOS: A Practical Guide to Modern Magick*, *Codex Aristarchus*, *Choronzon*, *The Black Path*, and *The*

*Black Art of Vampirism*.  Law enforcement knows those books to be associated with online groups including the Order of the Nine Angles ("O9A"), the Satanic Front ("SF"), and Tempel ov Blood ("ToB").

Law enforcement knows that the groups O9A and the SF blend traditional Satanism with neo-Nazi ideology, and that the groups advocate "accelerationism," which is the belief that in order to achieve a White ethnostate, members must first cause a complete societal collapse through using violent means such as assassinations, murders, and terrorist attacks.  Members of O9A and the SF believe that the evolution of society is threated by the "Magian/Nazarene," another name for the Judeo-Christian-Islamic religion.  Thus, some of the groups' main targets are churches and sacred sites, as the groups regard them as symbols of spiritual enslavement that need to be profaned and defiled.  The defendant has a significant online presence detailing his involvement in these Satanic groups and evidencing his support of acts of mass violence, particularly towards certain religious and ethnic groups.

For example, law enforcement has identified a book authored by the defendant titled *Augur of Hell*, which includes the following poem:

## I'M A POET AND DIDN'T KNOW IT

Hey hindu guru!
You preach none duality, so I'll grab a hammer and show you Satans brutality!

Hey bhuddist! You say there are no souls, so ill shove barbed wire in all your holes!

Hey Christian! You say that perverted pleasure is a sin, I'll find a wood chipper and throw you in!

Hey muslim! You pray to Allah on your rug, ill use my boot and squash you like a bug!

Hey jew! Hiding in a synagogue, I'll chop you into pieces and feed you to a dog!

-

A Friend

4

In addition to the evidence that the defendant is involved in satanic groups, evidence recovered from the defendant's phone raises serious concerns about the defendant's propensity for violence. Specifically, the defendant had searched "address of largest Jewish church in America," and had made comments to another user online claiming to have access to firearms and advocating for acts of mass violence. There are also images of the defendant with recently deceased animals and evidence that he set fire to a dumpster.

Perkinson's involvement in Satanic groups and his potential for violent behavior further warrants a term of incarceration.

### c. The Need to Promote Respect for the Law and Afford Adequate Deterrence

As noted, though this will be the defendant's first conviction, there is a need to deter the defendant from any future criminal behavior in light of his involvement in Satanic groups and other highly concerning behaviors (namely, lighting fires and possible harm to animals). A sentence of incarceration will promote respect for the law and deter the defendant from engaging in criminal or violent behavior in the future.

### III. Supervised Release

The United States also respectfully requests the Court order a term of supervised release of three years. The parties have agreed in the plea agreement that such a term is appropriate and that the conditions of supervised release shall include mental health treatment. [Dkt. 36 at ¶ 10.] This period of supervised release will protect the public and will promote the defendant's rehabilitation by monitoring his behavior and ensuring he receives the mental healthcare he requires.

## IV.    Conclusion

For the reasons stated above, the United States respectfully requests that the Court impose a sentence of 10 months' imprisonment in this case followed by three years of supervised release.


Respectfully submitted,


THOMAS E. WHEELER II
United States Attorney


By:    */s/ Carolyn A. Haney*
    Carolyn A. Haney
    Peter Blackett
    Assistant United States Attorneys
    135 N. Pennsylvania St., Suite 2100
    Indianapolis, IN 46204
    Telephone: (317) 226-6333
    Fax: (317) 226-6125
    Email: Carolyn.Haney@usdoj.gov

    Briana Clark
    Trial Attorney
    Civil Rights Division

6

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 19, 2026,** a copy of the foregoing United States' Sentencing Memorandum was filed electronically.  Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system.  Any parties appearing in this case may access the filing through the Court's system.

/s/ Carolyn A. Haney
Carolyn A. Haney
Assistant United States Attorney
135 N. Pennsylvania St., Suite 2100
Indianapolis, IN 46204
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Carolyn.Haney@usdoj.gov